1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

11  NICOLE REIMERS,                )
                                   )
12           Plaintiff,             )    No. C06-5967 BZ
                                   )
13       v.                        )    **SCHEDULING ORDER**
                                   )
14  DUPAR & ANGEL GP, ANGEL &      )
    ASSOCIATES, d/b/a HOME         )
15  SYSTEMS OF NORTHERN            )
    CALIFORNIA, f/k/a MODERN       )
16  MANUFACTURED HOMES,            )
                                   )
17           Defendant.            )
    ───────────────────────────────
18

19      Defendant having filed a motion to dismiss or in the
20 alternative to stay proceedings and compel arbitration, **IT IS**
21 **HEREBY ORDERED** that a hearing shall be held on **January 10,**
22 **2007**, at **10:00 a.m.**, in Courtroom G, 15th Floor, Federal
23 Building, 450 Golden Gate Avenue, San Francisco, California
24 94102.  Any opposition shall be filed no later than **December**
25 **6, 2006**.  Any reply shall filed no later than **December 13,**
26 **2006**.  Defendants shall file a consent to the jurisdiction of
27 a magistrate judge or a request for reassignment to a district
28 judge no later than **November 30, 2006**.  **IT IS FURTHER ORDERED**

1  that the case management conference currently scheduled to be
2  held on January 8, 2007 is continued to follow the January 10
3  hearing, if necessary.
4  Dated: November 15, 2006

                        _____
                               Bernard Zimmerman
                        United States Magistrate Judge

8  G:\BZALL\-BZCASES\REIMERS\SCHEDULINGORDER.wpd

2