UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICOLE REIMERS, | ) | |
| | ) | |
| Plaintiff, | ) | No. C06-5967 BZ |
| | ) | |
| v. | ) | |
| | ) | |
| DUPAR & ANGEL GP, ANGEL & ASSOCIATES, d/b/a HOME SYSTEMS OF NORTHERN CALIFORNIA, f/k/a MODERN MANUFACTURED HOMES, | ) ) ) ) ) | **ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE** |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that this entire matter is referred to the Honorable Elizabeth D. Laporte to conduct a settlement conference within the next thirty (30) days.  Counsel will be notified of the time and place of the conference by Judge Laporte's chambers.  The action is **STAYED** pending further order of the court.

Dated: January 10, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\REIMERS\REIMERS.REFER.CASE.SETT.CONF.wpd

1