UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE REIMERS,<br><br>           Plaintiff,<br><br>     v.<br><br>DUPAR & ANGEL GP, ANGEL & ASSOCIATES, d/b/a HOME SYSTEMS OF NORTHERN CALIFORNIA, f/k/a MODERN MANUFACTURED HOMES,<br><br>           Defendant. | No. C06-5967 BZ<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: February 22, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\REIMERS\COND.DISM.ORD.wpd

1